American First Federal, Inc            Case No. 10-cv-127-PB

    v.

Boston Equipment & Supply Co, et al      **ORDER**

(X)     The Plaintiff is granted permission to make the above attachment and shall complete service on the defendant within __14__ days. The matter is set for hearing on _____ 2011 at _____ a.m./p.m.

( )     The Plaintiff's Petition to Attach on an ex-parte basis is denied. This matter is set for an expedited hearing on _____, 2010 at _____ a.m./p.m.

9-29-2011
Date

Paul J. Barbadoro, Judge
U.S. District Court for the District of New Hampshire

## NOTICE TO DEFENDANT

YOU ARE HEREBY NOTIFIED THAT THE COURT HAS AUTHORIZED ABOVE ATTACHMENT TO SECURE ANY JUDGMENT OR DECREE THAT THE PLAINTIFF MAY OBTAIN. YOU HAVE THE RIGHT TO HAVE THE ATTACHMENT REMOVED, AND TO A HEARING, IF YOU DO WISH TO MAKE SUCH A REQUEST AND TO HAVE A HEARING, YOU SHOULD FILE A WRITTEN REQUEST, DETAILING YOUR OBJECTIONS TO THE ATTACHMENT, WITH THE CLERK OF COURT, WITHIN 14 DAYS AFTER SERVICE OF THIS NOTICE ON YOU. IF YOU FAIL TO FILE SUCH A REQUEST WITHIN THAT PERIOD OF TIME, YOU WILL BE DEEMED TO HAVE WAIVED YOUR RIGHT TO A HEARING WITH REFERENCE TO THE ATTACHMENT, BUT NOT WITH REFERENCE TO THE MERITS OF THE PLAINTIFF'S CLAIM.

10/14/11
Date

James Starr, Clerk
U.S. District Court for the District of New Hampshire

5